# Intended Notice Recipients – Method of Notice

District/Off: 0209−1          User: mcclemont          Date Created: 7/3/2008
Case: 1−08−11171−MJK          Form ID: pdfattch          Total: 4

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
tr      John H. Ring, III      bankruptcy@buffalo.com, ny33@ecfcbis.com
aty     John C. Gavenda     jgavendalaw@rochester.rr.com

                                                                                                        TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
db      Daniel L. Appleman      205 W. Bank Street      Albion, NY 14411
jdb     Karen A. Appleman      205 W. Bank Street      Albion, NY 14411

                                                                                                        TOTAL: 2